FILED
2007 Mar-01 AM 09:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| REGINA JOYCE SHANES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:06-cv-01560-JEO |
| | ) |
| SUNBRIDGE CARE AND REHABILITATION GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter is before the court on the defendant's motion for summary judgment. (Doc. 13). Upon consideration, the court finds that the motion is due to be denied.

This is a civil rights action wherein the plaintiff asserts that she was wrongfully arrested, handcuffed, and detained by the defendant when there was no probable cause to support the actions of the defendant. (Complaint at 7).[1] The complaint also alleges various state law claims. The parties have been conducting discovery concerning the plaintiff's claims.

The defendant has filed a motion for summary judgment alleging that the plaintiff has failed to respond to its "Requests for Admissions." (Doc. 13 at ¶¶ 4 & 5). Counsel also notes that a failure to timely respond will result in the request being admitted. *Id*. at ¶ 5. Counsel further asserts that by failing to respond, the "Plaintiff has effectively admitted the following: 1) that Defendant has not violated any of Plaintiff's rights guaranteed by the Fourth Amendment; 2) Defendant never falsely arrested Plaintiff; 3) Defendant never falsely imprisoned Plaintiff; 4) Defendant never intentionally inflicted emotional distress on Plaintiff; 5) Defendant never

---

[1] The complaint is located at document 1 in the file.

'wantonly and recklessly' disregarded Plaintiff's rights as alleged in Plaintiff's Complaint;

6) Defendant never acted with 'negligence, carelessness, and unskillfulness' towards Plaintiff as alleged in Plaintiff's Complaint. . . ." *Id*. at ¶ 6.  It also asserts that the plaintiff has in fact admitted she "caused the injury to the elderly resident and failed to report the injury to the nursing staff. . . ."  Lastly, it asserts that she failed to report the injury to the state and federal regulators as is required. *Id*. at ¶ 7.

By a separate order, the court has ordered that the plaintiff provide the requisite responses to the defendant's request for admissions.

Because the granting of the motion for summary judgment would be a drastic sanction for the plaintiff's failing to timely respond to the defendant's request for admissions, the court finds that the motion is due to be denied.  An order consistent with the foregoing will be entered.

**DONE**, this 1st day of March, 2007.

_____
**JOHN E. OTT**
United States Magistrate Judge